UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS EUGENE MOORE,

      Plaintiff,

    v.

J. LEWIS, et al.,

      Defendants.

Case No. 17-cv-03927-JD

**JUDGMENT**

    Pursuant to the order of dismissal signed today, a judgment of dismissal is entered against plaintiff.

    **IT IS SO ORDERED.**

Dated:  February 8, 2018

_____

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS EUGENE MOORE,

          Plaintiff,

    v.

J. LEWIS, et al.,

          Defendants.

Case No.  17-cv-03927-JD

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on February 8, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Thomas Eugene Moore ID: D-62389
San Quentin State Prison
General Delivery
San Quentin, CA 94974

Dated: February 8, 2018

Susan Y. Soong
Clerk, United States District Court

By: *Lisa R. Clark*
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO