FILED

MAY 23 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JUMAH THOMAS MOORE-ALI, AKA Jumah Moore Ali, AKA Jumah Thomas Moore Ali,<br><br>　　　　Plaintiff-Appellant,<br><br>　v.<br><br>J. LEWIS, Director of California Correctional Health Care Services; et al.,<br><br>　　　　Defendants-Appellees. | No.　18-15411<br><br>D.C. No. 3:17-cv-03927-JD<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: THOMAS, Chief Judge, W. FLETCHER and CALLAHAN, Circuit Judges.

This court has reviewed the notice of appeal filed February 26, 2018 in the above-referenced district court docket pursuant to the pre-filing review order entered in docket No. 10-80046. Because the appeal is so insubstantial as to not warrant further review, it shall not be permitted to proceed. *See In re Thomas*, 508 F.3d 1225 (9th Cir. 2007). Appeal No. 18-15411 is therefore dismissed.

This order, served on the district court for the Northern District of California, shall constitute the mandate of this court.

No motions for reconsideration, rehearing, clarification, stay of the mandate, or any other submissions regarding this order shall be filed or entertained.

MF/Pro Se

All pending motions are denied as moot.

**DISMISSED.**

Case 3:17-cv-03927-JD Document 34 Filed 05/25/18 Page 2 of 2